**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01261-CV

### EX PARTE MICHAEL GEROD MCGREGOR

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

## ORDER

Because appellant filed his brief before the July 1, 2015 deadline, we **DENY** as moot

appellant's first motion for extension of time to file brief.

/s/     CRAIG STODDART
         JUSTICE